FILED

JUN - 1 1998

AT 8:30 \_\_\_\_\_ M
WILLIAM T. WALSH
CLERK

KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

FEDERAL BAR NO. MRO-7088

Attorneys for Defendants

| | |
|---|---|
| LAIDLAW, INC. and LAIDLAW TRANSIT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STUDENT TRANSPORTATION OF AMERICA, INC.; DENIS GALLAGHER; ROBERT H. BYRNE; JOHN REDDAN; JOHN EMBERSON; JOHN CAREY; PETER PEARSON and THOMAS GALLAGHER, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CIVIL ACTION NO. 98-2241 (WGB) <br><br> HONORABLE WILLIAM G. BASSLER <br><br> **CERTIFICATION OF MICHAEL R. O'DONNELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUPPLEMENTAL PRELIMINARY RELIEF** |

I, MICHAEL R. O'DONNELL, hereby certifies as follows:

1. I am an attorney at law licensed to practice in New Jersey and counsel for the firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for defendants.

2. I have personal knowledge of the facts set forth herein. I annex hereto as Exhibit A a copy of the Agreement dated October 9, 1987 between Thomas J.

Gallagher, Denis Gallagher and Douglas Gallagher and Travelways, Inc. and Gallagher Enterprises Inc.

3. I annex hereto as Exhibit B a copy of the Memorandum Agreement dated October 9, 1987 between Thomas J. Gallagher and Travelways, Inc.

4. I annex hereto as Exhibit C a copy of the September 26, 1997 articles from the *Asbury Park Press* and *Star Ledger* concerning school bus bid-rigging arrests in New Jersey.

5. I annex hereto as Exhibit D a copy of the Order dated May 18, 1998 in this action.

6. I annex hereto as Exhibit E a copy of the proposed Order submitted in support of Plaintiffs' Motion For Supplemental Preliminary Injunctive Relief.

I certify under the penalty of perjury that the foregoing facts are true.

_____
MICHAEL R. O'DONNELL

DATED: May 29, 1998

2639200.01/mod